JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KHUSHWANT SINGH,

                Petitioner,

     v.

ERNESTO SANTACRUZ JR., et al.,

                Respondents.

Case No. 5:26-cv-01784-PD

**JUDGMENT**

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted as to Count One under the Immigration and Nationality Act.

The remaining Counts are dismissed without prejudice.

DATED: May 7, 2026

*Patricia Donahue*

_____

Patricia Donahue
United States Magistrate Judge